THE HONORABLE KYMBERLY K. EVANSON
Noted for July 31, 2024
Without oral argument

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT OYLER AND PATRICIA OYLER, spouse and spouse,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation doing business in Washington State,<br><br>Defendant. | Case No. 2:24-cv-00708-KKE<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action may be dismissed with prejudice and without an award of costs or fees to any party.

DATED: July 31, 2024.

| *Attorneys for Plaintiffs:* | *Attorneys for State Farm Mutual Automobile Insurance Company:* |
|---|---|
| **IDDINS LAW GROUP, PS** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Cameron J. Pearson via email authority*<br>Cameron J. Pearson, WSBA No. 48086<br>cameron@iddinslaw.com | By: *s/Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495<br>steve.jensen@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 2:24-CV-00708-KKE

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## II. ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action are dismissed with prejudice and without an award of costs or fees to any party.

DATED:  August 1, 2024

*Kymberly K. Evanson*
───────────────────────────
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 2:24-CV-00708-KKE

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550